UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re ) | |
| ) | |
| **DARRYL ROSE,** ) | |
| ) | |
| Debtor. ) | |
| ) | |
| **DARRYL ROSE,** ) | Civil Action No. 09-1751 (ESH) |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | |
| ) | |
| **CYNTHIA A. NIKLAS,** ) | |
| ) | |
| Appellee. ) | |

## MEMORANDUM OPINION AND ORDER

The issue presented by this appeal is whether the Bankruptcy Court abused its discretion by imposing sanctions on the debtor's bankruptcy counsel pursuant to Rule 9011 of the Federal Rules of Bankruptcy Procedure. In an Order dated July 17, 2009, the Bankruptcy Court granted the appellee/bankruptcy trustee's Motion to Review and Disgorge Attorney's Fees in the amount of $750.00 as a sanction for violating Bankruptcy Rule 9011(b). On August 11, 2009, the Bankruptcy Court denied the debtor's attorney's motion for reconsideration. It is that denial which is the subject of this appeal.

This Court has reviewed the decisions of the bankruptcy judge, the relevant pleadings that were filed in the Bankruptcy Court, as well as those on appeal, and the pertinent case law. In his decision of August 11, 2009, the bankruptcy judge provided a detailed explanation for his conclusion that debtor's counsel failed to make a reasonable inquiry regarding the debtor's debt

limit eligibility under 11 U.S.C. § 109(e) before filing a Chapter 13 bankruptcy petition on April 27, 2009. Contrary to appellant's argument, counsel had adequate notice of the grounds for the proposed sanction, and the sanction was supported by the facts, as found by the Bankruptcy Court, and by the relevant law.

Accordingly, the Court concludes that the bankruptcy judge did not abuse his discretion in finding that the debtor's attorney failed to conduct a reasonable investigation prior to filing a Chapter 13 petition. It is hereby **ORDERED** that the decision of the United States Bankruptcy Court for the District of Columbia is **AFFIRMED.**

This is a **FINAL APPEALABLE ORDER.**

**SO ORDERED.**

                                                      /s/
                                   ELLEN SEGAL HUVELLE
                                   United States District Judge

Date: October 20, 2009